UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>          Plaintiff(s),<br>          (Petitioner)<br>    V.<br><br>MARIO MARGO<br>          Defendant(s),<br>          (Respondent) | Case No. C 09-4241 BZ<br><br>**AMENDED**<br>**ORDER RE APPLICATION**<br>**TO PROCEED**<br>***IN FORMA PAUPERIS*** |

( X )   **IT IS ORDERED** that the application to proceed in forma pauperis is **GRANTED** ~~and that the Clerk issue summons~~.

          ~~**IT IS FURTHER ORDERED**~~ that the U.S. Marshal for ~~the Northern District~~ of California serve, ~~without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant~~.

( )   **IT IS ORDERED** that the application to proceed in forma pauperis is **DENIED**, and that the filing fee of $350.00 be paid no later than _____ . Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

( )   **IT IS ORDERED** that the application to proceed in forma pauperis is **DENIED** and that plaintiff is further **ORDERED** to make partial payment of the filing fee in the amount of
$_____ by _____. Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated:  September 21, 2009

_____
United States Magistrate Judge
Bernard Zimmerman

g:\bzall\forms\IFP ORDER.wpd