UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>      Plaintiff(s),<br><br>  v.<br><br>MARIO MARGO,<br><br>      Defendant(s). | No. C 09-4241 BZ<br><br>**ORDER CONTINUING CASE MANAGEMENT STATEMENT** |

By Order dated September 15, 2009, a case management conference was scheduled for December 28, 2009 at 4:00 p.m., in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

A joint case management statement was due December 21, 2009.  No statement has been filed.  **IT IS THEREFORE ORDERED** as follows:

    1.  The case management conference is continued to **Monday, January 4, 2010 at 4:00 p.m.**  A joint case management statement, or separate statements if the parties are unable to agree, shall be filed by **December 29, 2009.**

1

         2.   Defendant, as removing party, shall **serve a copy** of this Order on plaintiff.

         3.   Defendant shall by **December 29, 2009**, comply with Local Rule 3-4(a)(1).

Dated: December 23, 2009

                                    _____
                                    Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\WELLS FARGO V. MARGO\ORDER CONTINUING   CMC.wpd