UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>MARIO MARGO,<br><br>　　　　Defendant(s). | No. C 09-4241 BZ<br><br>**AMENDED ORDER CONTINUING**<br>**CASE MANAGEMENT CONFERENCE** |

　　　By Order dated September 15, 2009, a case management conference was scheduled for December 28, 2009 at 4:00 p.m., in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

　　　A joint case management statement was due December 21, 2009.  No statement has been filed.  **IT IS THEREFORE ORDERED** as follows:

　　　1.  The case management conference is continued to **Monday, January 4, 2010 at 4:00 p.m.**  A joint case management statement, or separate statements if the parties are unable to agree, shall be filed by **December 29, 2009.**

1

    2.   Defendant, as removing party, shall **serve a copy** of this Order on plaintiff.

    3.   Defendant shall by **December 29, 2009**, comply with Local Rule 3-4(a)(1).

Dated: December 23, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WELLS FARGO V. MARGO\AMENDED ORDER CONTINUING   CMC.wpd