1

2

3

4

5

6

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11                              )
    WELLS FARGO BANK, N.A.,      )
12                              )      No. C 09-4241 BZ
                                )
13            Plaintiff(s),      )   **ORDERS TO SHOW CAUSE**
                                )
14         v.                    )
                                )
15   MARIO MARGO,                )
                                )
16            Defendant(s).      )
                                )
17   _____)

18       A case management conference was held on January 4, 2010.

19   Neither party attended.  Neither party sought to have their

20   absence excused.  **IT IS ORDERED** that both parties provide an

21   explanation for their absence in writing by **JANUARY 19, 2010.**

22   **IT IS FURTHER ORDERED** that by **JANUARY 19, 2010** plaintiff shall

23   show cause **in writing** why this case should not be dismissed

24   for failure to prosecute and defendant shall show cause why he

25   should not be sanctioned for failure to comply with the Order

26   dated December 23, 2009.  A hearing on the Orders To Show

27   Cause is scheduled for **JANUARY 25, 2010, at 4:00 p.m.,** in

28   Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

                              1

Avenue, San Francisco, California 94102.

Dated: January 5, 2010

                              Bernard Zimmerman
                   United States Magistrate Judge

G:\BZALL\-BZCASES\WELLS FARGO V. MARGO\ORDER TO SHOW CAUSE.wpd

2