UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | )<br>)<br>)   No. C 09-4241 BZ<br>)<br>)   **ORDERS TO SHOW CAUSE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiff(s), | |
| v. | |
| MARIO MARGO, | |
| Defendant(s). | |

A case management conference was held on January 4, 2010. Neither party attended. Neither party sought to have their absence excused. **IT IS ORDERED** that both parties provide an explanation for their absence in writing by **JANUARY 19, 2010. IT IS FURTHER ORDERED** that by **JANUARY 19, 2010** plaintiff shall show cause **in writing** why this case should not be dismissed for failure to prosecute and defendant shall show cause why he should not be sanctioned for failure to comply with the Order dated December 23, 2009. A hearing on the Orders To Show Cause is scheduled for **JANUARY 25, 2010, at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

1

Avenue, San Francisco, California 94102.

Dated: January 5, 2010

                              Bernard Zimmerman
                      United States Magistrate Judge

G:\BZALL\-BZCASES\WELLS FARGO V. MARGO\ORDER TO SHOW CAUSE.wpd

2