UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK,

        Plaintiff,

  v.

MARIO MARGO et al,

        Defendant.

Case Number: CV09-04241 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 5, 2010, I SERVED a true and correct copy(ies) of the attached **ORDER TO SHOW CAUSE**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Mark Bouzane
Law Offices John E. Bouzane
634 Oak Court
San Bernardino, CA 92410

Mario Margo
22662 Zaballos Court
Hayward, CA 94541

Dated: January 5, 2010

                            Richard W. Wieking, Clerk
                            By: Rose Maher, Deputy Clerk

                            *Rose Maher* (signature)