UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | ) ) ) | No. C 09-4241 BZ |
| Plaintiff(s), | ) ) | |
| v. | ) ) | **ORDER OF DISMISSAL AND ORDER TO SHOW CAUSE** |
| MARIO MARGO, | ) ) | |
| Defendant(s). | ) ) ) | |

A hearing on Orders to Show Cause was held on January 25, 2010. Defendant appeared at the hearing but plaintiff did not. By Order dated January 5, 2010, plaintiff was ordered to show cause in writing 1) why this case should not be dismissed for failure to prosecute and 2) why plaintiff should not be sanctioned for it failure to appear at the case management conference on January 4, 2010. Plaintiff however did not respond to the Order to Show Cause. Nor has plaintiff provided an explanation why this case should not be dismissed for failure to prosecute.

**IT IS THEREFORE ORDERED** as follows:

1

1.   This case is **DISMISSED** without prejudice for failure to prosecute and failing to comply with Court orders.

2.   Plaintiff's counsel shall serve a copy of this order on the General Counsel of Wells Fargo Bank.

3.   By **February 8, 2010**, plaintiff show cause **IN WRITING** why plaintiff should not be held in contempt or further sanctions should not be imposed for its multiple failures to abide by the Court's orders.

4.   A hearing on this Order to Show Cause is scheduled for **FEBRUARY 22, 2010 at 4:00 p.m.,** in Courtroom G, 15th Floor Federal Building, 450 Golden Gate Ave, San Francisco, CA 94102. Wells Fargo's General Counsel or the General Counsel's designee is **ORDERED** to appear at the hearing.

5.   The Order to Show Cause is **DISCHARGED** as to defendant.

Dated: January 26, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WELLS FARGO V. MARGO\DISM ORDER.wpd